UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID ALLUM,<br><br>          Plaintiff,<br><br>vs.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., *et al*.,<br><br>          Defendants. | Case No. 2:12-cv-00294-GMN-CWH<br><br>**ORDER** |

This matter is before the Court on Defendant Quicken Loans, Inc.'s Motion to Compel Discovery Responses and Strike Responses to Requests for Admissions (#60), filed September 21, 2012. On September 30, 2012, Defendant's Motion to Dismiss (#11) was granted. *See* Min. Order (#64). Consequently, Defendant's motion (#60) is moot. Accordingly,

**IT IS HEREBY ORDERED** that Defendant Quicken Loans, Inc.'s Motion to Compel Discovery Responses and Strike Responses to Requests for Admissions (#60) is **denied as moot**.

DATED this 2nd day of October, 2012.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**